# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0268

_____

ROBERT HIRT,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Escambia County.
Kristina Lightel, Judge.

May 2, 2025

PER CURIAM.

    DISMISSED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Hirt, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.